# United States Court of Appeals
## For the First Circuit

No. 01-2134

UNITED STATES OF AMERICA,

Appellee,

v.

BASILIO RIVERA-RODRÍGUEZ,

Defendant, Appellant.

_____

No. 01-2315

UNITED STATES OF AMERICA,

Appellee,

v.

OSCAR E. TRINIDAD-RODRÍGUEZ,

Defendant, Appellant.

_____

The opinion of this court issued January 29, 2003, should be amended as follows:

On page 3, line 9, delete the word "see".

On page 10, line 10, replace "judgement" with "judgment".

On page 13, line 18, replace "5k2.20" with "5K2.20".

On page 19, line 18, replace "3b1.2" with "3B1.2".

On page 20, line 20, replace "Trindad's" with "Trinidad's".